Steven M. Weinberg (State Bar No. 235581)
WEINBERG LEGAL GROUP, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100
Facsimile: (310) 457-9555
Email: steven@smwlegal.com

Attorneys for Plaintiff
E. & J. GALLO WINERY

**JS-6**

Surjit P. Soni    (State Bar No. 127419)
Ronald E. Perez (State Bar No. 151199)
THE SONI LAW FIRM
55 South Lake Avenue, Suite 720
Pasadena, California 91101
Tel: (626) 683-7600        Fax: (626) 683-1199
surj@sonilaw.com
ron@sonilaw.com

Attorneys for Defendant,
MIRA ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. & J. GALLO WINERY,** | )<br>) |
| **Plaintiff and Counterdefendant,** | ) Case No. 2:07-CV-8102 ODW (FFMx) |
| v. | ) |
| **MIRA ENTERPRISES, INC.** | ) **STIPULATED JUDGMENT ON CONSENT** |
| **Defendant and Counterclaimant.** | ) |

-1-

Upon the Stipulation of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The parties have agreed to settle this litigation by entering into this Stipulated Judgment on Consent, and judgment hereby is entered as follows:

2. Mira Enterprises, Inc., its officers, agents, servants, employees, and attorneys and all persons in active participation and concert with any of the foregoing, are permanently enjoined from directly or through others using, or seeking, obtaining or maintaining federal or state registrations of the name and mark CARLO ROSSI, or any name or mark confusingly similar to CARLO ROSSI, for, with or in connection with any products or services, including watches, or the advertising, promotion or other marketing therefor.

3. Within ten (10) days from the entry of this Judgment, Mira shall file such documents as are necessary to voluntarily cancel with prejudice United States Patent and Trademark Office Registration No. 3142535.

4. By entering into this Stipulated Judgment on Consent, neither party is admitting nor can this Judgment be construed as either party admitting any liability for any claims or counterclaims asserted in the Complaint or Counterclaims in this action.

5. The Counterclaims in this action hereby are dismissed with prejudice.

6. Each party waives the right to challenge or appeal from this Stipulated Judgment on Consent.

7. Each party shall pay its own fees and expenses.

Dated: Los Angeles, CA
February 9, 2009

SO ORDERED:

_____
Otis D. Wright II
United States District Judge

WE STIPULATE AND AGREE TO THE
FOREGOING JUDGMENT ON CONSENT:

| E. & J. GALLO WINERY | MIRA ENTERPRISES, INC. |
|---|---|
| By: /Peter J. Abate/ | By: /Anil Lalwani/ |
| Name: _____ | Name: _____ |
| Title: ___VP- General Manager | Title: President |
| WEINBERG LEGAL GROUP, PC | THE SONI LAW FIRM |
| By /Steven M. Weinberg/ | By /Ronald E. Perez/ |

-3-

| Steven M. Weinberg<br>30765 Pacific Coast Hwy., Ste.411<br>Malibu, California 90265<br><br>Attorneys for E. & J. Gallo Winery | Ronald E. Perez<br>55 South Lake Avenue, Suite 720<br>Pasadena, California  91101<br><br>Attorneys for Mira Enterprises, Inc. |
|---|---|

-4-